STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

JORGE LUIS RIVERA PIMENTEL  Case No. 11-01459-SEK

Chapter 13  Attorney Name: MARILYN VALDES ORTEGA*

### I. Appearances

| | | |
|---|---|---|
| Debtor | [✓] Present | [ ] Absent |
| Joint Debtor | [ ] Present | [ ] Absent |
| Attorney for Debtor | [✓] Present | [ ] Absent |

[ ] Pro-se
[ ] Substitute _____

Date: March 30, 2011
Time: 11:00 am   Track: R
[✓] This is debtor(s) 1ST Bankruptcy filing.
Liquidation Value: TBD
Creditors — nape —

### II. Oath Administered
[✓] Yes    [ ] No

### III. Documents Filed/Provided

[✓] Schedules
[✓] Statement of Financial Affairs (SOFA)
[✓] Statement of Current Monthly Income (SCMI)
[✓] Credit counseling briefing certificate (CCC)
   [ ] Waiver requested by debtor(s)
[ ] DSO Certificate

[ ] DSO Recipient's information
[✓] State Tax Returns 07-10  [✓] Returned
[✓] Federal Tax Returns 09-10 [ ] Returned
[ ] Evidence of income (60 days prior to petition)

### IV. Status of Meeting
[✓] Closed   [ ] Not Held   [ ] Continued _____ at _____

### V. Trustee's Report on Confirmation

[ ] FAVORABLE
[✓] UNFAVORABLE

[ ] Feasibility
[ ] Insufficiently funded
[ ] Unfair discrimination
[✓] Fails liquidation value test
[ ] Fails disposable income test (I & J)
[ ] No provision for secured creditor(s)
_____
_____
[ ] Treat value of collateral separately
[ ] No provision for insurance
[ ] Tax returns missing
   [ ] State - years _____
   [✓] Federal - years 07-08

[ ] No DSO certificate (Post-petition)
[ ] Evidence of income
   [ ] Missing   [ ] Incomplete
[ ] Stmt. of Current Monthly Income
   [ ] Incomplete   [ ] Missing
   [ ] Fails commitment period   [ ] Fails Disp. Income
[ ] Certificate of Credit briefing
   [ ] Missing   [ ] More than 180 days
   [ ] Issuer not certified by U.S.T.
[ ] Incomplete schedules
[ ] Incomplete S.O.F.A.
[ ] Other: _____

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

JORGE LUIS RIVERA PIMENTEL          Case No. 11-01459-SEK

                    Chapter 13       Attorney Name: MARILYN VALDES ORTEGA*

**VI. Plan** (Cont.)
Date: February, 25, 2011   Base $ 33,000.00   [X] Filed   Evidence of Pmt shown: _____
Payments  1  made out of  1  due.             [ ] Not Filed

**VII. Confirmation Hearing Date:** April, 29, 2011

**VIII. Attorney's fees as per R. 2016(b)**
$3,000.00 - $ 196.00 = $ 2,804.00

**IX. Documents to be provided w/in 10 days**

[ ] Amended schedules _____
[ ] Insurance estimate _____
_____
[ ] Assumption/Rejection executory contract
_____
[X] Appraisal  of real property @ Bo. Beatriz, Caguas — never appraised.
[ ] State tax returns years _____
[ ] Federal tax returns years _____
[ ] Correct SS # (Form B21)
   [ ] Debtor  [ ] Joint debtor
[ ] Other: _____

[ ] Amended S.O.F.A. _____
[ ] Amended plan
[ ] Business Documents
   [ ] Monthly reports for the months
_____
_____
_____
[ ] Public Liability Insurance
   [ ] Premises _____
   [ ] Vehicle(s) _____
[ ] Licenses issued by:
_____

[ ] M.T.D. to be filed by Trustee: Debtor(s): [ ] failed to appear; [ ] failed to commence payments; [ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); _____
[ ] Other: _____

**COMMENTS**

① Possible preferential payment to VISA - BPPR. Debtor will verify account statements and notify the trustee.
② Debtor to submit pictures of real property; he testified that property is made of wood, lot = 2,823 meters. Upon receipt of pictures, trustee will evaluate if appraisal is necessary.

Trustee/Presiding Officer                              Date: March 30, 2011
                                                              (Rev.)